Michael L. Previto, Esq.
150 Motor Parkway, Suite 401
Hauppauge, New York 11788
Cell: (631) 379-0837

E-mail: mchprev@aol.com

Additional mailing address:
6 Lyndon Lane
South Setauket, NY 11720

**Via ECF and Email**

August 15, 2024

The Hon. Dale E. Ho
United States Bankruptcy Court

Re: Robin E. Dickens v. PHH Mortgage Services / Case No.: 24-CV-04200 (DEH)

*LETTER MOTION TO EXTEND TIME TO FILE BRIEF NUN PRO TUNC AND TO ENLARGE TIME TO OBTAIN MINUTES*

Your Honor,

I am the attorney for the Appellant/Debtor, Robin E. Dickens. I have just now submitted my brief in support which I know is tardy. That further, I also acknowledge that a request to enlarge should have been made earlier as well.

The explanation is that I was waiting and STILL waiting for a copy of the minutes which I submitted in a request to a court reporting agency, but which failed to contact me back. I have contacted another agency and am hoping that the transcripts are filed by the middle of September 2024.

I apologize to this Court and request the Court accept this brief nun pro tunc and that my adversary be given sufficient time to respond. It is hoped that the Court will be benevolent in this regard.

I respectfully await the Court's advices.

Respectfully submitted,

Michael L. Previto
Cc: Ernest Yazzetti, Esq., *Attorney for PHH Mortgage*

Application **GRANTED**.

The parties shall meet and confer and, by **August 23, 2024**, propose deadlines for the transcripts, appellee's brief, and appellant's reply brief.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: August 16, 2024
New York, New York