UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROBIN E. DICKENS | 24-CV-4200 (DEH)<br><br>CORRECTED ORDER |

DALE E. HO, United States District Judge:

The Court is a receipt of an email from Appellee requesting an adjustment of the briefing deadlines in light of the weekend. Appellee's brief is now due January 6, 2025. Appellant's reply brief, if any, is due January 20, 2025.

The Clerk of Court is respectfully directed to strike ECF No. 29.

SO ORDERED.

Dated: January 3, 2025
New York, New York

DALE E. HO
United States District Judge

# Ho NYSD Chambers

| | |
|---|---|
| **From:** | Steven.Lazar@gtlaw.com |
| **Sent:** | Friday, January 3, 2025 12:25 PM |
| **To:** | Ho NYSD Chambers |
| **Cc:** | mchprev@aol.com |
| **Subject:** | 1:24-cv-04200-DEH In Re: Robin E. Dicken |
| **Attachments:** | ECF # 25 - So-Ordered Letter extending briefing deadlines.pdf; Docket.pdf |

**CAUTION - EXTERNAL:**

Your Honor,

We represent Appellee PHH Mortgage Services in the above-referenced matter. Pursuant to the attached so-ordered letter, our Appellee brief is due by January 5, 2025, which is a Sunday. Accordingly, kindly advise if we can file our brief on Monday, January 6, 2025.

Respectfully,

Steve Lazar

**Steve Lazar**
Associate
Greenberg Traurig, LLP
900 Stewart Avenue, Suite 505 | Garden City, NY 11530
T +1 212.801.6860
Steven.Lazar@gtlaw.com  |  www.gtlaw.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.