**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re: ROBIN E. DICKENS,

                Debtor,

ROBIN E. DICKENS,

                Debtor-Appellant,

    -against-                                    24 **CIVIL** 4200 (DEH)

                                                                   **JUDGMENT**

PHH MORTGAGE SERVICES,

                Appellee.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2025, the judgement of the bankruptcy court is **AFFIRMED**; accordingly, the case is closed.

**Dated:** New York, New York

      October 29, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                      **BY:**        *K. Mango*

                                                          **Deputy Clerk**